IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

,  
       Plaintiff,  
vs.  
,  
       Defendant.

No. C     MEJ

CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT.

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 18 U.S.C. Section 636(c), the undersigned party hereby consents to have United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____  
                                                                   _____  
                                                                   Signature  
                                                                   Counsel for _____

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____  
                                                                   _____  
                                                                   Signature  
                                                                   Counsel for _____

*United States District Court*  
*For the Northern District of California*