UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Masoud AFSARI

No. C 07 3028 MEJ

          Plaintiff(s),

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

     v.

Michael Chertoff, Secretary Homeland
security, et.al.

          Defendant(s).

_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: __6/21/2007__

_____
Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")