Clear Form

UNITED STATES DISTRICT COURT

Northern District of California

Masoud AFSARI

**CASE NO.** 07 3028 MEJ

Plaintiff(s),
v.

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Michael Chertoff, Sec. DHS
Emilio Gonzalez, USCIS Director
David Still, District Director DHS

Defendant(s).
_____/

Jeff Griffiths, Esq.                              , an active member in good standing of the bar of

Indiana Supreme Court                             whose business address and telephone number

(particular court to which applicant is admitted)

is

870 Market Street, Suite 340
San Francisco, CA 94102
Tel: (415)495-3710    Fax: (415)495-3714                                                          ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Masoud AFSARI                                   .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 28, 2007



United States Magistrate Judge
Judge Maria-Elena James

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**