SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MASOUD AFSARI,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL CHERTOFF, Secretary Homeland Security;  EMILIO GONZALES, USCIS Director; DAVID STILL, District Director, DHS,<br><br>        Defendants. | No. C 07-3028 MEJ<br><br>**PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Date: August 6, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


          /s/
_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

1

2    Date: August 3, 2007                              /s/
                                         _____
                                         JEFF GRIFFITHS
3                                        Attorney for Plaintiff

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Consent to Magistrate Jurisdiction
C07-3028 MEJ                          2