1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927

7

8  Attorneys for Defendants

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12 MASOUD AFSARI,                          )
                                           )   No. C 07-3028 MEJ
13              Plaintiff,                  )
                                           )
14       v.                                )   **STIPULATION TO DISMISS AND**
                                           )   ~~**[PROPOSED]**~~ **ORDER**
15 MICHAEL CHERTOFF, Secretary Homeland    )
   Security;  EMILIO GONZALES, USCIS       )
16 Director; DAVID STILL, District Director, DHS, )
                                           )
17              Defendants.                )
   _____ )

18

19      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

20 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

21 action without prejudice in light of the fact that the United States Citizenship and Immigration

22 Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

23 adjudicate such application within 30 days of the dismissal of this action.

24      Each of the parties shall bear their own costs and fees.

25 ///

26 ///

27

28

Stipulation to Dismiss
C07-3028 MEJ                        1

1 | Date: August 6, 2007                    Respectfully submitted,

2 |                                         SCOTT N. SCHOOLS
                                           United States Attorney
3 |

4 |                                         _____/s/_____
                                           EDWARD A. OLSEN
5 |                                         Assistant United States Attorney
                                           Attorneys for Defendants
6 |

7 |

8 | Date: August 3, 2007                    _____/s/_____
                                           JEFF GRIFFITHS
9 |                                         Attorney for Plaintiff

10 |                                        **ORDER**

11 |        Pursuant to stipulation, IT IS SO ORDERED.

12 | Date:     August 7, 2007

13 |                                        _____
                                           MARIA-ELENA JAMES
14 |                                        United States Magistrate Judge

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Stipulation to Dismiss
C07-3028 MEJ                    2